UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DECEMBER PARKER,

       Plaintiff,                          Case No.1:21-cv-00134-PLM-PJG

v.                                     Hon. Paul L. Maloney

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security Administration (Commissioner) denying her claim for Disability Insurance Benefits (DIB). By notice entered October 8, 2021 (ECF No. 14), the Court directed the parties to file briefs in support of their respective positions: plaintiff by November 5, 2021; defendant by December 3, 2021. Plaintiff failed to file her initial brief.

On December 2, 2021, the Court issued an order requiring Plaintiff to show cause no later than December 16, 2021, as to why this case should not be dismissed pursuant to W.D. Mich. LCivR 41.1. (ECF No. 20). That order explicitly warned Plaintiff that, should she fail to timely respond, the case would be dismissed for failure to prosecute. (*Id.* at PageID.918). Plaintiff has failed to respond to that order

and her initial brief remains outstanding. Accordingly the undersigned judicial officer recommends that this matter be dismissed pursuant to W.D. Mich. LCivR 41.1.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Date: January 6, 2022                    /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge